**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD CAPAROS,<br><br>        Plaintiff,<br><br>   v.<br><br>FIVE STAR SERVICE CORPORATION; CITIMORTGAGE, INC., and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1681-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against CITIMORTGAGE, INC. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 24, 2008

                                     VIRGINIA A. PHILLIPS
                                United States District Judge